IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN BYAM, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GIROUX, et al. | : | No. 11-3634 |
| Respondents. | : | |

ORDER

AND NOW, this 10th day of November, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state remedies;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of the Court shall mark this case closed for statistical purposes.[1]

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] Because this is a cut-and-dry procedural issue, there is nothing Ms. Byam could raise in her objections that would change the disposition of the report and recommendation.